IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAIGE MORNING BUTTERS,<br><br>Defendant. | CR 19-45-BLG-SPW<br><br>**ORDER VACATING<br>DETENTION HEARING** |

Upon the motion of Defendant (Doc. 15), IT IS HEREBY ORDERED that the Detention Hearing scheduled for June 27, 2019, at 2:30 p.m. is VACATED.

DATED this 25th day of June, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge